UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAROLYN D. COLEMAN,
                             Plaintiff,                         21 **CIVIL** 76 (KHP)

        -against-                             **JUDGMENT**
                                                          For Attorney's Fees
COMMISSIONER OF SOCIAL SECURITY,
                             Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 7, 2022, Plaintiff's motion for attorney's fees is GRANTED. Plaintiff is awarded attorney's fees in the amount of $2,532.44 and $17.25 in administrative fees. If Plaintiff owes a debt that qualifies under the Treasury Offset Program, 31 U.S.C. § 3716, payment shall be made payable to Plaintiff and delivered to her attorney, Howard Olinsky. However, if the United States Department of the Treasury determines that Plaintiff does not owe a federal debt that is subject to offset, payment shall be made directly to Mr. Olinsky.

**Dated:** New York, New York
           March 7, 2022

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                                    BY:
                                                                     **Deputy Clerk**